United States District Court
Southern District of Texas
**ENTERED**
April 30, 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>　　　Prosecution<br><br>vs.<br><br>RICARDO CACHO<br>　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CRIMINAL ACTION NO.<br>4:20-CR-00128<br><br><br>JUDGE CHARLES ESKRIDGE |

## ORDER

Before the Court is an unopposed motion for continuance. Dkt 13.

Counsel for Defendant Ricardo Cacho represents that more time is needed to conduct investigation and to prepare for trial. Counsel also represents that a failure to grant a continuance will result in a miscarriage of justice.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court FINDS that:

- The ends of justice are best served by granting a continuance; and
- A continuance outweighs the best interest of the public and the Defendant in a speedy trial;

Pursuant to 18 U.S.C. § 3161(h)(7)(B), the Court also FINDS that failure to grant a continuance would:

- Likely result in a miscarriage of justice; and
- Deny counsel for Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

As such, the motion for continuance is GRANTED.

It is ORDERED that a period of excludable delay commences on April 30, 2020. The period of excludable delay will end at commencement of trial or disposition of charges.

The Court ORDERS that the following schedule controls disposition of this case:

1. **06/18/2020**  **MOTIONS DEADLINE**
   Except for motions to suppress evidence or to dismiss, include certification that the movant and the respondent have conferred in good faith and could not agree on proper disposition of the motion.

2. **07/03/2020**  **RESPONSE DEADLINE**

3. **07/08/2020**  **REPLY DEADLINE**

4. **08/06/2020**  **PRETRIAL MATERIALS**
   File and deliver pretrial materials to the Court as directed in the Court's procedures.

5. **08/07/2020 at 9:30 a.m.**  **PRETRIAL CONFERENCE**
   Appear in Courtroom 8B before Judge Charles Eskridge. *Defendant must be present in person.*

6. **08/11/2020 at 9:30 a.m.**  **JURY SELECTION AND TRIAL**

SO ORDERED.

Signed on April 30, 2020, at Houston, Texas.

*[signature: Chas R Eshridge]*

Hon. Charles Eskridge
United States District Judge